SDNY PRO SE OFFICE

2022 OCT 12  AM 10: 10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert W. North

_____
Write the full name of each plaintiff.

22 CV 10964 (MG)

(Include case number if one has been
assigned)

-against-

Celsius Network LLC
Hoboken, N.J.

COMPLAINT

Do you want a jury trial?
☐ Yes   ☑ No

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑  **Federal Question**

☐  **Diversity of Citizenship**

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

*acct with Celsius all Transactions have been paused, unable to axis my acct, Trade, buy, sell, Transfer need to withdraw my funds —*

## B.   If you checked Diversity of Citizenship  *acct, paused,*

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, ___*Robert W Noertz*___, is a citizen of the State of
(Plaintiff's name)

___*M A,*___
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual: *No*

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, *Celsius NeTWORK*, is incorporated under the laws of
the State of *N. J  & United Kingdom, Hoboken, N.J.*
and has its principal place of business in the State of *N.J.*
or is incorporated under the laws of (foreign state) *United Kingdom*
and has its principal place of business in *U.S.A,* _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

*RobeRT*          *W*          *NoRTh*
First Name          Middle Initial          Last Name

*157 Peregrine-white Dn*
Street Address

*MARShfield*          *MA*          *02050*
County, City          State          Zip Code

*781 962 0442*          *rwnod@Live.com*
Telephone Number          Email Address (if available)

## B.   Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:     *Celsius  Corp.*
_____
First Name                    Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)
                       *N, J,*
_____
County, City              State              Zip Code

Defendant 2:     _____
First Name                    Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City              State              Zip Code

Defendant 3:     _____
First Name                    Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City              State              Zip Code

Defendant 4:

First Name                    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                  State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _Celsius NeTwork_

Date(s) of occurrence: _2021 — 2022_

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

_Unable to afis my acct. is on hold, need to withdraw funds, frozen acct, excuse by Celsius, Chapter 11 acct. on Pause!_

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

No med injury, only mental

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

release all crypto funds
make me whole , $ 8000, 00

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| *10-6-22* | *Robert W North* |
| Dated | Plaintiff's Signature |
| *Robert*    *W*    *North* | |
| First Name     Middle Initial     Last Name | |
| *157 Peregrine White Dr.* | |
| Street Address | |
| *Marshfield*    *MA*    *02050* | |
| County, City       State       Zip Code | |
| *781 963 0442*    *rwnod@line.com* | |
| Telephone Number       Email Address (if available) | |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☑ No

    If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.



CERTIFIED MAIL



Mr. Robert North
157 Peregrine White Dr
Marshfield, MA 02050

7022 2410 0003 4651 1237

 

U.S. POSTAGE PAID
FCM LG ENV
MARSHFIELD, MA
02050
OCT 06, 22
AMOUNT
$5.44
R2303S103262-13

Brockton
THU 06 OCT 2022 PM

PRO SE
RF

U.S. District Court
Southern District of N.Y.
500 Pearl St.
New York, N.Y. 10007



RECEIVED
OCT 1 1 2022
CLERK'S OFFICE
S.D.N.Y.



RECEIVED
SDNY PRO SE OFFICE
2022 OCT 12 AM 10: 15

RECEIVED
SDNY PRO SE OFFICE
2022 OCT 12 PM 3: 0*