UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT W. NORTH,<br><br>       Plaintiff,<br><br>  -against-<br><br>CELSIUS NETWORK LLC,<br><br>       Defendant. | 22-CV-8825 (RA)<br><br>ORDER OF SERVICE |

RONNIE ABRAMS, United States District Judge:

  Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

  The Clerk of Court is directed to issue a summons as to Defendant Celsius Network LLC. Plaintiff is directed to serve the summons and complaint on Defendant within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendant under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

  In preparing for this case, Mr. North may wish to consult the New York Legal Assistance Group's legal clinic for *pro se* litigants, by visiting its website at nylag.org/pro-se-clinic or by calling (212) 659-6190.

SO ORDERED.

Dated: October 25, 2022
     New York, New York

                         RONNIE ABRAMS
                      United States District Judge