UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT W. NORTH,

                Plaintiff,

– against –

CELSIUS NETWORK LLC,

                Defendant.

**ORDER**

22 Civ. 8825 (ER)

Ramos, D.J.:

    Robert North brings this action against Celsius Network LLC.  The action was commenced on October 14, 2022.  Doc. 1.  This Court issued a summons as to Celsius Network LLC on October 26, 2022.  Doc. 4.  To date, Celsius Network LLC has not been served.

    Plaintiff is instructed to submit a status letter by no later than November 2, 2023.  Failure to do so may result in dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 4(b).  Additionally, the Plaintiff is reminded that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—*must* dismiss the action without prejudice against that defendant or order that service be made within a specified time."  Fed. R. Civ. P. 4(m) (emphasis added).

    It is SO ORDERED.

Dated:    October 12, 2023
             New York, New York

Edgardo Ramos, U.S.D.J.